UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WIENER STÄDTISCHE VERSICHERUNG AG VIENNA INSURANCE GROUP,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**VIVENDI UNIVERSAL, S.A., JEAN MARIE MESSIER, and GUILLAUME HANNEZO,**<br><br>　　　　　　　Defendants. | ECF CASE<br><br>Civil Action No. 1:08-cv-1111 (RJH)<br><br>[Related to Civil Action No. 1:02-cv-05571-RJH-HBP]<br><br>**DISCLOSURE OF INTERESETED PARTIES** |

## PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel provides the following information to the Court:

1. WIENER STÄDTISCHE Versicherung AG VIENNA INSURANCE GROUP ("WSV") has no publicly held parent.

Respectfully submitted this 1st day of February, 2008.

　　　　　　　　　　　　　　　　　　　　*/s/ William H. Narwold*
　　　　　　　　　　　　　　　　　　　　William H. Narwold (WN-1713)
　　　　　　　　　　　　　　　　　　　　Ingrid L. Moll (IM-3949)
　　　　　　　　　　　　　　　　　　　　**Motley Rice LLC**
　　　　　　　　　　　　　　　　　　　　One Corporate Center
　　　　　　　　　　　　　　　　　　　　20 Church Street, 17th Floor
　　　　　　　　　　　　　　　　　　　　Hartford, CT  06103
　　　　　　　　　　　　　　　　　　　　Phone: (860) 882-1676
　　　　　　　　　　　　　　　　　　　　Fax:    (860) 882-1682
　　　　　　　　　　　　　　　　　　　　Email:  bnarwold@motleyrice.com
　　　　　　　　　　　　　　　　　　　　Email:  imoll@motleyrice.com

**Of Counsel:**
Joseph F. Rice
Ann K. Ritter
28 Bridgeside Blvd.
Post Office Box 1792
Mount Pleasant, SC 29465
Phone: (843) 316-9000
Fax:     (843) 216-9450

And

Leslie M. Kelleher (LK 5943)
**Caplin & Drysdale, Chartered**
375 Park Avenue, 35th Floor
New York, NY  10152-3500
Phone: (212) 319-7125
Fax:     (212) 644-6755

**Of Counsel:**
Nathan D. Finch
Kevin C. Maclay
**Caplin & Drysdale, Chartered**
One Thomas Circle, NW
Suite 1100
Washington, DC 20005
Phone: (202) 862-5000
Fax:     (202) 429-3301

*Attorneys for Plaintiffs*