AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

WIENER STADTISCHE Versicherung AG
VIENNA INSURANCE GROUP

V.

Vivendi Universal, S.A., et al.

**APPEARANCE**

Case Number: 1:08-cv-1111 (RJH)
Case Related to: 1:02-cv-5571 (RJH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

WIENER STÄDTISCHE Versicherung AG VIENNA INSURANCE GROUP

I certify that I am admitted to practice in this court.

| 2/11/2008 | *William Narwold /jm* |
|---|---|
| Date | Signature |

| William H. Narwold | WN-1713 |
|---|---|
| Print Name | Bar Number |

Motley Rice LLC, 20 Church Street, 17th Floor
Address

| Hartford | CT | 06103 |
|---|---|---|
| City | State | Zip Code |

| (860) 882-1676 | (860) 882-1682 |
|---|---|
| Phone Number | Fax Number |