USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE VIVENDI UNIVERSAL, S.A. SECURITIES LITIGATION<br><br>This Document Relates To:<br>   08 Civ. 1111<br>   08 Civ. 01983 | No. 02 Civ. 5571 (RJH) (HBP)<br>**Order for Admission Pro Hac Vice**<br>**on Written Motion** |

Upon the motion of Leslie M. Kelleher, attorney for the plaintiffs in the above-captioned actions, and for individual plaintiff Pioneer Investments Austria GmbH in Case No. 02. Civ. 5571, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Nathan D. Finch |
| Firm Name: | Caplin & Drysdale, Chartered |
| Address: | One Thomas Circle, N.W. |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | (202) 862-7801 / (202) 429-3301 |
| Email Address: | ndf@capdale.com |

is admitted to practice pro hac vice as counsel for plaintiffs in the above-captioned actions, and for individual plaintiff Pioneer Investments Austria GmbH in Case No. 02. Civ. 5571, in the United States District Court for the Southern District of New York. All Attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

305629

- 2 -

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: 5/14/08
City, State: NY NY

Richard J. Holwell
United States District/Magistrate Judge